**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No.   93-cr-00061-LTB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    GARY DANIEL BARTLEY,

    Defendant.

---

**ORDER**

---

The above action is pending before the undersigned upon a Petition for Revocation of Supervised Release.  Also pending is a new indictment in Case No. 13-cr-00438-PAB before Judge Brimmer who is scheduled for a change of plea hearing on March 17, 2014 at 1:30 p.m.  Judge Brimmer concurring and there being no objection by the parties in this case, the above action is transferred to the Honorable Philip A. Brimmer.

                      BY THE COURT:

                      s/Lewis T. Babcock
                      LEWIS T. BABCOCK, Judge

DATED: March 17, 2014